**FILED**

11/21/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0274

## IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court Cause No. 22-0274

| | |
|---|---|
| RONALD R. OBERLANDER,<br><br>    Third-Party Plaintiff, Third-Party Counterdefendant, and Appellant,<br><br>vs.<br><br>JACQUES HENNEQUIN, et al.,<br><br>    Third-Party Defendants, Third-Party Counterclaimants, and Appellees. | **ORDER GRANTING APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF** |

Upon consideration of the unopposed motion seeking an extension of time filed by Third-Party Plaintiff/Third-Party Counterdefendant/Appellant Ronald R. Oberlander ("Oberlander") and for good cause, the motion is GRANTED.

Oberlander's reply brief may be filed on or before December 28, 2022.

ELECTRONICALLY SIGNED AND DATED BELOW

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 21 2022